# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. GJH-18-468 |
| | ) | |
| Khalid Razaq | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION FOR TRAVEL**

Khalid Razaq, through, asks this Court for permission to travel with his wife and their child, on October 13 through 16, 2019, to Atlantic City, New Jersey. In support of his motion, Mr. Razaq states as follows:

1. On October 15, 2018, this Court entered an order setting conditions of release for Mr. Razaq, including location monitoring and home confinement, with exceptions for drug treatment, court appearances and attorney visits. On May 8, 2019, with no objection from the government, this Court modified conditions to allow impose a curfew from 9 AM to 6 AM.

2. Mr. Razaq's wife, who is a nurse, will be traveling to Atlantic City on October 13 through 16, 2019 to attend a conference. Mr. Razaq requests that he be allowed to travel with her so he can look after their daughter while she attends the conference

3. Undersigned counsel has reached out to pretrial services and the government. The government objects, and an answer has not yet been received from pretrial services.

WHEREFORE, for all of the foregoing reasons, Mr. Razaq respectfully asks this Court to allow him to travel with his wife on October 13 through 16, 2019.

2

By: /s/ *Eugene V. Gorokhov*
Eugene Gorokhov, D. Md. Bar. 07233
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document with the court and a copy will be provided to all counsel of record.

By: /s/ *Eugene V. Gorokhov*
Eugene Gorokhov, D. Md. Bar. 07233
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com
